# *IN THE SUPREME COURT, STATE OF WYOMING*

## 2022 WY 136

*October Term, A.D. 2022*

**November 2, 2022**

| | |
|---|---|
| **BOARD OF PROFESSIONAL RESPONSIBILITY, WYOMING STATE BAR,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**NICK EDWARD BEDUHN, WSB # 6-3763,**<br><br>**Respondent.** | D-22-0005 |

## ORDER OF IMMEDIATE SUSPENSION

[¶1]   **This matter** came before the Court upon a Petition for Immediate Suspension of Attorney, which was filed herein October 13, 2022, by Deputy Bar Counsel for the Wyoming State Bar, pursuant to Rule 17 of the Wyoming Rules of Disciplinary Procedure. In the petition and attached affidavit, Deputy Bar Counsel avers that Respondent Nick Edward Beduhn has abandoned clients and has failed to cooperate with the Office of Bar Counsel's investigation into two disciplinary complaints. *See* Rule 17(a)(1)(B) & (a)(3), Wyoming Rules of Disciplinary Procedure. Now, after a careful review of the petition, the Affidavit of Deputy Bar Counsel in Support of Petition for Immediate Suspension of Attorney, and the file, this Court concludes that the petition for immediate suspension should be granted and that Respondent should be suspended from the practice of law pending resolution of the formal charge that has been, or will be, filed against him. *See* Rule 17(b)(4) ("Within fifteen (15) days of the entry of an order of immediate suspension, Bar Counsel shall file a formal charge."). It is, therefore,

[¶2]   **ADJUDGED AND ORDERED** that, effective immediately, Respondent Nick Edward Beduhn, shall be, and hereby is, suspended from the practice of law, pending final resolution of the formal charge that has been, or will be, filed against him; and it is further

[¶3]   **ORDERED** that, during the period of suspension, Respondent shall comply with the requirements of the Wyoming Rules of Disciplinary Procedure, particularly the requirements found in Rule 21; and it is further

[¶4]   **ORDERED** that, pursuant to Rule 9(b) of the Wyoming Rules of Disciplinary Procedure, this Order of Immediate Suspension shall be published in the Pacific Reporter; and it is further

[¶5]   **ORDERED** that the Clerk of this Court shall transmit a copy of this Order of Immediate Suspension to the Respondent, Bar Counsel, members of the Board of Professional Responsibility, and the clerks of courts of the State of Wyoming.

[¶6]   **DATED** this 2nd day of November, 2022.

BY THE COURT:

/s/

**KATE M. FOX**
**Chief Justice**